**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

John M. Haskamp, et al.,                                     Civil No. 11-2248 (RHK/LIB)

        Plaintiffs,                                     **DISQUALIFICATION AND**
                                                               **ORDER FOR REASSIGNMENT**

vs.

Federal National Mortgage Assocation,
et al.,

        Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 19, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  August 9, 2011

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge